**Sherman Darrell PAYNE–EL, Petitioner—Appellant,**

v.

**Al HAYNES, Warden; Federal Correctional Institute—Morgantown; United States Parole Commission, Respondents—Appellees.**

No. 03–7079.

United States Court of Appeals, Fourth Circuit.

Submitted: March 26, 2004.

Decided: July 27, 2004.

Sherman Darrell Payne–El, Appellant pro se.

Shawn Angus Morgan, Office of the United States Attorney, Clarksburg, West Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherman Darrell Payne–El appeals the district court's order denying his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Payne–El v. Haynes,* No. CA–02–183–1 (N.D.W. Va. June 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*